Gregory Chandler (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA  94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Plaintiff
Gregory Chandler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICE OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| Gregory Chandler,<br>  Plaintiff, | CV 08 0437 EMC |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| State Bar of California, et al.,<br>  Defendants. | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  February 13, 2008

Gregory Chandler