MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLE A. LEE (223675)
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2339
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants The State Bar
Of California, Judy Johnson, Jill Sperber,
and Alan Bloom

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| GREGORY CHANDLER,<br><br>       Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, JUDY JOHNSON, JILL SPERBER, and ALAN BLOOM<br><br>       Defendants. | STATE BAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AGAINST STATE BAR DEFENDANTS<br><br>Case No. 3:08-cv-00437-EMC<br><br>Date:   March 26, 2008<br>Time:  10:30 _a.m.<br>Place:  Courtroom C, 15th Floor<br>Judge:  Hon. Mag. Edward M. Chen<br>_____ |

TO: GREGORY CHANDLER IN PRO SE

**PLEASE TAKE NOTICE** that on March 26, 2008, at 10:30 a.m. in the Courtroom of the Honorable Magistrate Edward M. Chen, being Courtroom C, 15th floor, at 450 Golden Gate Avenue, San Francisco, California 94102, counsel for Defendants The State Bar of California, Judy Johnson, and Jill Sperber, and Alan Bloom ("State Bar Defendants"), will and hereby do, move the Court for an Order under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Complaint as to all claims against the State Bar Defendants.

1  State Bar Defendants will move to dismiss this action on the grounds that this Court lacks
2  subject-matter jurisdiction pursuant to Eleventh Amendment immunity and <u>Younger</u> Abstention.
3  State Bar Defendants will further move to dismiss because Chandler failures to state a claim for
4  relief and because Plaintiff's request for equitable relief is improper.
5  The Motion will be based on this Notice of Motion and Motion, the Memorandum of
6  Points and Authorities filed in support thereof, all pleadings in this action and any other
7  documents that are now on file or that may be on file in this action at the time of hearing; and
8  such further evidence and arguments as may be presented at the time of hearing.

### Motion To Dismiss

State Bar Defendants move to dismiss the Complaint on the following specific grounds:

1. The Eleventh Amendment jurisdictionally bars Plaintiff's claims;
2. <u>Younger</u> Abstention jurisdictionally bars Plaintiff's claims;
3. State Bar Defendants have judicial, arbitral and statutory immunity;
4. Plaintiff fails to state a claim for relief for violation of his due process rights or any other alleged federal deprivation;
5. Plaintiff failed to comply with the Government Tort Claims Act;
6. Plaintiff's claim for overcharging fails as a matter of law; and
7. Plaintiff's requests for equitable relief are improper.

//
//
//
//
//
//
//
//

**2**

State Bar Defs' Notice of Motion and Motion to Dismiss                          08-CV-00437 EMC

1 | **WHEREFORE**, State Bar Defendants pray as follows:

2 |     1.   That the this Court dismisses Plaintiff's Complaint and each claim for relief State
3 |          Bar Defendants without leave to amend; and,
4 |     2.   That Plaintiff take nothing and judgment be entered in favor of State Bar
5 |          Defendants; and,
6 | For such other relief as this Court deems just.

7 | Dated:  February 19, 2008                 Respectfully submitted,

MARIE M. MOFFAT
LAWRENCE C. YEE
MARK TORRES-GIL
DANIELLE LEE

By:   /s/ Danielle Lee
      Danielle Lee

Attorneys for Defendants the State Bar Of California, Judy Johnson, Jill Sperber, and Alan Bloom

PROOF OF SERVICE BY MAIL

I, Joann Wray, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On February 19, 2008, following ordinary business practice, I placed

STATE BAR DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT AGAINST STATE BAR DEFENDANTS

for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of fully prepaid in an envelope addressed as follows:

Gregory Chandler
Law offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 19th day of February 2008.


       s/Joann Wray\_\_\_\_