MARIE M. MOFFAT, No. 62167
LAWRENCE C. YEE, No. 84208
DANIELLE LEE, No. 223675
**THE STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Tel. (415) 538-2339
Fax. (415) 538-2321

Attorneys for Defendants The State Bar
of California, Judy Johnson, Jill Sperber,
and Alan Bloom

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| GREGORY CHANDLER, <br><br> Plaintiff, <br><br> vs. <br><br> The STATE BAR OF CALIFORNIA, JUDY JOHNSON, JILL SPERBER, and ALAN BLOOM <br> Defendants. | [PROPOSED] ORDER SUSTAINING MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND AND JUDGMENT OF DISMISSAL <br><br> Case No. - 3:08-CV-00437-EMC <br><br> Date: March 26, 2008 <br> Time: 10:30 a.m. <br> Place: Courtroom C, 15th Floor <br> Judge: Hon. Mag. Edward M. Chen |

The State Bar Defendants' Motion to Dismiss Gregory Chandler's Complaint came on regularly for hearing on March 26, 2008, in the above-entitled Court, before the Honorable Edward M. Chen, Magistrate Judge presiding. Plaintiff Gregory Chandler appeared in pro per. Danielle Lee, Esq. of the Office of the General Counsel of the State Bar of California appeared on behalf of the State Bar Defendants.

The Court, having reviewed and considered the moving papers, and any opposing papers and reply papers filed thereto, and having heard oral argument, hereby orders as follows:

//

1

[Proposed] Order Sustaining State Bar Defs.' Motion To Dismiss Complaint

1  IT IS ORDERED that the State Bar Defendants' Motion to Dismiss is GRANTED in its entirety.  Plaintiff's Complaint is DISMISSED WITH PREJUDICE as to every claim asserted against the State Bar Defendants, and judgment is to be entered in favor of the State Bar Defendants and against plaintiff Gregory Chandler.  Specifically, the Court hereby dismisses with prejudice and without leave to amend each and every claim against the State Bar of California, Judy Johnson, Jill Sperber and Alan Bloom upon the following grounds:

   1. The Eleventh Amendment jurisdictionally bars Plaintiff's claims;
   2. <u>Younger</u> Abstention jurisdictionally bars Plaintiff's claims;
   3. State Bar Defendants have judicial, arbitral and statutory immunity;
   4. Plaintiff fails to state a claim for relief for violation of his due process rights or any other alleged federal deprivation;
   5. Plaintiff failed to comply with the Government Tort Claims Act;
   6. Plaintiff's claim for overcharging fails to state a claim for relief; and
   7. Plaintiff's requests for equitable relief are improper.

IT IS SO ORDERED.
DATED: _____, 2008

_____
Honorable Edward M. Chen
Magistrate Judge

[Proposed] Order Sustaining State Bar Defs.'  Motion To Dismiss Complaint