Gregory Chandler (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Plaintiff
Gregory Chandler

FILED
08 FEB 15 PM 12:56

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICE OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| Gregory Chandler,<br>Plaintiff,<br><br>v.<br><br>State Bar of California, et al.,<br>Defendants. | CV 08 0437 EMC<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 13, 2008

*Gregory Chandler* (signature)

Gregory Chandler

GREGORY CHANDLER
Attorney at Law

# PROOF OF SERVICE BY MAIL

I declare that:

I am over the age of 18 and not a party to the cause mentioned herein.

My general business address for mailing is 101 California Street, Suite 2450; San Francisco, California, 94111-6102. On February 14, 2008 I served the following by mail:

Declination to Proceed Before a Magistrate Judge and
Request for Reassignment to a United States District Judge

*Gregory Chandler v. State Bar of California, et al.*
(United States District Court, # CV 08-0437 EMC)

on the parties or individuals below:

State Bar of California
180 Howard Street
San Francisco, CA 94105

I declare under penalty or perjury that the foregoing is true and correct and that this document was executed on February 14, 2008.

Margaret Scott