| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| GREGORY CHANDLER<br>LAW OFFICES OF GREGORY CHANDLER<br>101 CALIFORNIA<br>SUITE 2450<br>SAN FRANCISCO, CA 94111-6102 | (415) 946-8970<br><br>Bar #158260 | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Of Northern District Of California

Plaintiff: GREGORY CHANDLER
Defendant: THE STATE BAR OF CALIFORNIA, et al.

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV 08 0437 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. I served copies of the:
   Summons And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines, Notice Of Assignment Of Case, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge (Blank).

3. a. Party Served:        THE STATE BAR OF CALIFORNIA (Defendant)
   b. Person Served:       HEATHER IRWIN, ASSISTANT GENERAL COUNSEL

4. Address where the party was served:    180 HOWARD STREET
                                          SAN FRANCISCO, CA 94105

5. I served the party:
   a. by personal service I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, Jan. 29, 2008 (2) at: 4:57PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: THE STATE BAR OF CALIFORNIA
                   Under CCP 416.50 (public entity)

7. Person who served the papers:                          Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO                                        d. The Fee for service was: $60.00
   b. D & T SERVICES, LTD.                                e. I am: (3) Registered California process server.
      2146 N. Main Street, Suite A                           (i) Employee
      P.O. Box 5383                                          (ii) Registration No.: 672
      Walnut Creek, CA 94596                                 (iii) County: CONTRA COSTA
   c. (925) 947-1221                                         (iv) Expiration: Mar. 29, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Jan. 30, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007            PROOF OF SERVICE         (DAMON PULIDO)         CHANDLER.116502