MARIE M. MOFFAT (62167)
LAWRENCE C. YEE (84208)
MARK TORRES-GIL (91597)
DANIELLE A. LEE (223675)
**STATE BAR OF CALIFORNIA**
**OFFICE OF GENERAL COUNSEL**
180 Howard Street
San Francisco, CA 94105-1639
Telephone: (415) 538-2339
Fax: (415) 538-2321
Email: danielle.lee@calbar.ca.gov

Attorneys for Defendants The State Bar
of California, Judy Johnson, Jill Sperber,
and Alan Bloom

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| GREGORY CHANDLER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, JUDY JOHNSON, JILL SPERBER, and ALAN BLOOM<br><br>    Defendants. | **State Bar Defendants' Amended Notice of Motion to Dismiss Complaint against State Bar Defendants**<br><br>Case No. 3:08-cv-00437-CRB<br><br>Date:     April 4, 2008<br>Time:    10:30 a.m.<br>Place:    Courtroom 8, 19th Floor<br>Judge:   Hon. Charles R. Breyer |

**PLEASE TAKE NOTICE** that the State Bar Defendants' Motion to Dismiss Plaintiff's Complaint originally set for hearing on Wednesday, March 26, 2008 at 10:30 a.m. in Courtroom C before the Honorable Magistrate Edward M. Chen has been vacated. This matter has now been reassigned to the Honorable Charles R. Breyer. The State Bar Defendants herein give notice that the Motion to Dismiss will now be set for hearing on Friday, April 4, 2008 at 10:30 a.m. in Courtroom 8, the Honorable Charles R. Breyer, presiding.

Dated: February 28, 2008

Respectfully submitted,

MARIE M. MOFFAT
LAWRENCE C. YEE
MARK TORRES-GIL
DANIELLE LEE

By:  /s/ Danielle Lee
Danielle Lee

Attorneys for Defendants the State Bar of California, Judy Johnson, Jill Sperber, and Alan Bloom

**Proof of Service by Mail**

I, JoAnn Wray, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On February 28, 2008, following ordinary business practice, I placed

**State Bar Defendants' Amended Notice Of Motion To Dismiss Complaint Against State Bar Defendants**

for collection for mailing at the offices of the State Bar of California, 180 Howard Street, San Francisco, California 94105, one copy of fully prepaid in an envelope addressed as follows:

Gregory Chandler
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102

I am readily familiar with the State Bar of California's practice for collection and processing correspondence for mailing with the U.S. Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. postal mail service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California this 28th day of February 2008.

_____s/JoAnn Wray_____