GREGORY CHANDLER (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Plaintiff
Gregory Chandler

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Chandler,<br>Plaintiff,<br><br>v.<br><br>The State Bar of California,<br>Judy Johnson, Jill Sperber,<br>Alan Bloom,<br>And Does 1- 20,<br>Defendants. | # CV 08-00437-CRB<br><br>**STANDING ORDERS OF CHARLES R. BREYER, UNITED STATES DISTRICT JUDGE** |

By Order of the Court, counsel for the above-named plaintiff serves the Standing Orders of Charles R. Breyer, United States District Judge on the above-named Defendants.

February 28, 2008

Gregory Chandler
Attorney for Plaintiff

Standing Orders of Charles R. Breyer,
United States District Judge

**STANDING ORDERS**

1. Counsel shall consult and comply with all provisions of the Local Rules relating to continuance, motions, briefs, and all other matters, unless superseded by these Standing Orders.

2. Scheduling Days:
a. Criminal Law and Motion Calendar is conducted on Wednesdays at **2:15 p.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
b. Civil Law and Motion Calendar is conducted on Fridays at **10:00 a.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
c. Case Management Conferences are conducted on Fridays at **8:30 a.m. ORDER OF CALL IS DETERMINED BY THE COURT.**
d. Pretrial conferences are generally conducted at **2:30 p.m.** on days determined by the Court.
e. Counsel need not reserve a hearing date for motions, however, counsel are advised to check the legal papers for unavailable dates. Noticed dates may be reset as the Court's calendar requires.

3. Motions to compel discovery are referred to a Magistrate Judge for assignment and shall be noticed for hearing before the assigned Magistrate Judge.

4. No changes in the Court's schedule shall be made *except by signed order of the Court and only upon a showing of good cause.* Parties seeking to continue hearings, request special status conferences, modify briefing schedules, or make other procedural changes shall submit a signed stipulation and proposed order, or, if stipulation is not possible, an *ex parte* application in writing.

5. Briefs or Memoranda of Points and Authorities in support of, or in opposition to, any motions filed in this action must be typed on 28-line, double-spaced pleading paper and, except for summary judgment motions, may not exceed **FIFTEEN (15)** pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, and summaries of argument, if required. Briefs exceeding ten (10) pages in length must contain an **additional** summary of argument, including reference to any important cases cited. Summary judgment memoranda may not exceed 25 pages. Counsel shall submit a proposed form of order with all motion and opposition papers.

6. Counsel in civil matters shall comply with the Court's Guidelines for trial and pre-trial conference.

PLAINTIFF IS DIRECTED TO SERVE COPIES OF THIS ORDER AT ONCE UPON ALL PARTIES TO THIS ACTION AND UPON THOSE SUBSEQUENTLY JOINED IN ACCORDANCE WITH THE PROVISIONS OF RULES 4 AND 5, FEDERAL RULES OF CIVIL PROCEDURE, AND TO FILE WITH THE CLERK OF THE COURT A CERTIFICATE REFLECTING SUCH SERVICE.

**IT IS SO ORDERED.**

Dated: June 30, 2004

CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE BY MAIL

I declare that:

I am over the age of 18 and not a party to the cause mentioned herein.

My general business address for mailing is 101 California Street, Suite 2450; San Francisco, California, 94111-6102. On February 29, 2008 I served the following by mail:

Standing Orders of Charles R. Breyer, United States District Court Judge

*Gregory Chandler v. State Bar of California, et al.*
(United States District Court, N. D. Cal. # CV 08-00437-CRB)

on the parties or individuals below:

Marie M. Moffat
State Bar of California, Office of the General Counsel
180 Howard Street
San Francisco, CA 94105-1639

I declare under penalty or perjury that the foregoing is true and correct and that this document was executed on February 29, 2008.

Margaret Scott