GREGORY CHANDLER (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Plaintiff
Gregory Chandler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Chandler,<br>    Plaintiff,<br><br>v.<br><br>The State Bar of California,<br>Judy Johnson, Jill Sperber,<br>Alan Bloom,<br>And Does 1- 20,<br>    Defendants. | # CV08-00437-CRB<br><br>**DECLARATION OF GREGORY CHANDLER IN OPPOSITION TO TO DEFENDANTS' MOTION TO DISMISS**<br><br>**PLAINTIFF'S REQUEST FOR LEAVE TO AMEND**<br><br>Date: April 4, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 8, 19th Floor<br>Before: Honorable Charles R. Breyer |

I, Gregory Chandler, am the plaintiff in this action. I make this declaration under penalty of perjury. The matters stated in this Declaration are personally

Dec. of G. Chandler in Opposition to             1              #CV08-00437 CRB
Defendants' Motion to Dismiss/ Plaintiff's
Request for Leave to Amend

known to me except for matters stated on information and belief. If called as a witness, I would and could testify to the matters stated herein.

1. I represented a client named Hyoung Ok Lee (client) as her attorney. Prior to the start of the attorney-client relationship in November 2004, the client was accused of entering into a fraudulent marriage to obtain immigration benefits. The client was accused of fraud against her spouse and the government of the United States of America.

2. The client and the undersigned had confidential communications about the fraud allegations against the client.

3. In December 2006, the client accused the undersigned of engaging in fraudulent activity. The client alleged that the undersigned submitted false documents to the United States Department of Homeland Security in her case. Based on the allegation involving the submission of false documents, the client demanded a refund of attorneys' fees paid. The undersigned denied the client's allegations.

4. The client's allegation that her attorney submitted false documents to the United States Department of Homeland Security, if true, subjects the client to imprisonment and deportation from the United States of America. These potential penalties exist because the immigration documents are verified as true by both the client and attorney.

4. In April 2007, the client and the undersigned had non-binding fee arbitration. During such non-binding fee arbitration, the undersigned did not reveal the confidential communications or secrets against the client. The

Dec. of G. Chandler in Opposition to            2            #CV08-00437 CRB
Defendants' Motion to Dismiss/ Plaintiff's
Request for Leave to Amend

undersigned did not and could not reveal the client's confidential communication at any time. The undersigned did not cross-examine the client at the non-binding fee arbitration. In that the non-binding arbitration was uncontested, with no adverse evidence presented against the client, the client prevailed.

5. In June 2007, the undersigned made a rejection-- under statutory law -- of the non-binding fee arbitration by filing an action against the client for unpaid attorneys' fees. In August 2007, the undersigned dismissed the suit seeking unpaid attorneys' fees from the client.

6. In September 2007, the client contacted the Defendants seeking money despite the rejection of the non-binding arbitration.

7. On September 14, 2007, the undersigned had a telephone conversation with Defendant Alan Bloom (Bloom). The undersigned informed of the facts of the dispute with the client. Bloom responded, with vulgar language, that he is not interested in the facts of the dispute. Bloom informed the undersigned that Defendants were only interested in acquiring money for the client. Defendants became a collection agency for the client. Based on Bloom's vulgar language and conduct during the mentioned telephone conversation, the undersigned became informed and aware that Defendants would not and could not act in a manner that would result in due process of law.

8. Defendants' conduct has remained consistent since September 2007. Defendants engaged in harassing collection agency tactics including vulgar language and threats.

//

Dec. of G. Chandler in Opposition to     3     #CV08-00437 CRB
Defendants' Motion to Dismiss/ Plaintiff's
Request for Leave to Amend

9. Defendants, without just cause or lawful reason, subjected the undersigned to the conduct charged in the complaint in this action.

10. I have read and reviewed the matters submitted by the above-named Defendants requesting judicial notice. The matters submitted for judicial review do not state that the undersigned had an opportunity to confront and cross examine the client's allegations. As a matter of law, the undersigned cannot conduct a cross-examination of the client that would reveal the client's confidential communications.

Executed under penalty of perjury under the laws of the United States of America and the State of California on March 14, 2008.

Gregory Chandler