GREGORY CHANDLER (SBN 158260)
Law Offices of Gregory Chandler
101 California Street, Suite 2450
San Francisco, CA 94111-6102
Telephone: (415) 946-8970
Facsimile: (415) 331-8958

Attorney for Plaintiff
Gregory Chandler

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Chandler,<br>Plaintiff, | # CV08-00437-CRB |
| v. | **PLAINTIFF'S OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: April 4, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 8, 19th Floor<br>Before: Honorable Charles R. Breyer |
| The State Bar of California,<br>Judy Johnson, Jill Sperber,<br>Alan Bloom,<br>And Does 1- 20,<br>Defendants. | |

Plaintiff's Objection to Defendants'
Request for Judicial Notice

CV 08-00437 CRB

Plaintiff Gregory Chandler (Chandler or Plaintiff) objects to the matters submitted by named Defendants titled "State Bar Defendants' Request for Judicial Notice in Support of State Bar Defendants' Motion to Dismiss." (Defendants' Request for Judicial Notice"

Grounds for the objection are:

(1) The instant action concerns violations of procedural due process and federal constitutional rights. The matters offered for judicial notice do not state if earlier proceedings complied with procedural due process and rights under the federal constitution.

(2) The matters offered for judicial review do not state if Chandler was given the opportunity to cross-examine or confront witnesses against him as required by the 6th Amendment of the United States Constitution.

(3) The matters offered for judicial notice do not address the matter of client confidentiality. The matters offered for judicial review do not state any exceptions to the rule commanding client confidentiality.

Dated: March 14, 2008                    Respectfully submitted,



                                          Gregory Chandler
                                          Attorney for Plaintiff

Plaintiff's Objection to Defendants'                    CV 08-00437 CRB
Request for Judicial Notice