IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHANDLER,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE BAR OF CALIFORNIA, et al,<br><br>    Defendants.<br>_____/ | No. C 08-00437 CRB<br><br>**JUDGMENT** |

    The Court having dismissed plaintiff's claims for injunctive and/or declaratory relief arising from the State Bar arbitration enforcement proceedings based on Younger extension, and having dismissed plaintiff's claims against the State Bar and the individual defendants in their official capacities based on the Eleventh Amendment, and having dismissed with prejudice the remaining claims, judgment is entered on those remaining claims (federal and state law monetary claims against defendants in their individual capacities and state law claim against the State Bar for overcharging) in favor of defendants and against plaintiff.

    **IT IS SO ORDERED.**

Dated: March 31, 2008

                                                               CHARLES R. BREYER<br>
                                                               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0437\judgment.wpd